**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAXIMO FELIX NUNEZ** | : | |
| | : | |
| **Petitioner,** | : | **3:26-cv-2083** |
| | : | **(JUDGE MARIANI)** |
| **v.** | : | |
| | : | |
| **JESSICA SAGE, WARDEN,** | : | |
| **FCI LEWISBURG** | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

**AND NOW, THIS** 4th **DAY OF SEPTEMBER 2026**, upon consideration of Petitioner Maximo Felix Nunez's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response, (Doc. 10), Petitioner's traverse and supplements (Doc. 11-13), and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's habeas petition is **DENIED**.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge